**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.1:09-CR-00197-DME-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GERARDO ESPARZA-MORENO,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

       Upon petition of the United States and for good cause shown, it is hereby

       ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Gerardo Esparza-Moreno, FBI # 900258LAO, before a United States Magistrate Judge, forthwith, for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

       SO ORDERED this  11th  day of    May    , 2009.

                                            *s/ David M. Ebel*

                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF COLORADO